# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3874
_____

GLENDA PAUL,

   Appellant,

v.

PUBLIX and PUBLIX RISK
MANAGEMENT,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

July 2, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

E. Taylor Davidson of DDB Law, P.A., Lakeland, for Appellant.

Kevin E. Leisure of Kevin E. Leisure, P.A., Lakeland, for Appellees.